IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANIEL DUTSON, et al.,<br><br>               Plaintiffs,<br>v.<br><br>BARNEY TRUCKING, INC., et al.,<br><br>               Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO SUBSTITUTE REPRESENTATIVE PLAINTIFFS<br><br>Case No. 2:11-CV-826 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke Wells |

      Before the Court is Plaintiffs' motion for an "order substituting Michael Bradshaw and Lydia Bradshaw as their representatives in the place and stead of Richard Nielson Gilbert."[1] Plaintiffs filed this motion on March 23, 2012. As of the date of this order there has been no opposition filed and the time to do so has passed.

      Accordingly, pursuant to DUCivR 7-1 and Rule 17 of the Federal Rules and after finding good cause shown, the Court GRANTS Plaintiffs' motion. The Court orders that Michael Bradshaw and Lydia Bradshaw are substituted as the named Plaintiff representatives of the Nielson Children in the stead of Richard Gilbert Nielson for the duration of these proceedings

      DATED this 19 April 2012.

                                          Brooke C. Wells
                                          United States Magistrate Judge

---

[1] Mtn p. 2.